Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 200-8755
(866) 843-8308
Email:  ecf@ManningLawOffice.com

Attorneys for Plaintiff JON SPENCER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- BAKERSFIELD FEDERAL COURT

| | |
|---|---|
| JON SPENCER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL MORTGAGE COMPANY, a business entity form unknown, NORTHWEST TRUSTEE SERVICES, INC., a business entity form unknown, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01646-LJO-JLT<br><br>ORDER OF JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed in its entirety without prejudice.
**IT IS SO ORDERED.**

IT IS SO ORDERED.

   Dated:  **December 2, 2013**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE